FOURTH DEPARTMENT, MARCH, 2006

(March 17, 2006)

■ TERESA CATANESE et al., Appellants, v DONALD J. FURMAN, M.D., Respondent, et al., Defendant. (Appeal No. 1.) [810 NYS2d 720]—Appeal from an order of the Supreme Court, Chautauqua County (Frederick J. Marshall, J.), entered December 21, 2004 in a medical malpractice action. The order denied plaintiffs' motion seeking, inter alia, to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Catanese v Furman* (27 AD3d 1050 [2006]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.